**August 28, 1985**

**(704 P2d 550)**

State v. Phelps-Groll, Edie N. (A32681).
Reversed and remanded for new trial. *State v. Westlund,* 75 Or App 43, 705 P2d 208 (1985).